## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.   **5:23-cv-02220-FWS (DTB)**                    Date: **February 26, 2024**

Title: **Derek Leon Marcus Smith v. Captain Flores**
================================================================
**DOCKET ENTRY**
================================================================
PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| S. Lorenzo | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PETITIONER:            ATTORNEYS PRESENT FOR RESPONDENT:
   None present                                                    None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING FAILURE TO UPDATE ADDRESS**

   On October 26, 2023, petitioner filed a Petition for Writ of Habeas Corpus herein. (Dkt. # 1.) On December 19, 2023, the Court issued an Order Requiring Response to Petition. (Dkt. # 7.) On February 1, 2024, respondent filed a Motion for Enlargement of Time (Dkt. # 9), which the Court granted on the same day ("Order") (Dkt. # 10). On February 14, 2024, the Court received its Order returned from the institution marked as "Return to Sender Not in Custody." (Dkt. # 11.)

   Pro se litigants are required to keep the Court and opposing parties apprised of their current address. Central District of California Local Rule 41-6. Therefore, petitioner is ordered to show cause why this action should not be dismissed for lack of prosecution and failing to comply with the Court's Local Rules. Petitioner may alternatively file a Notice of Change of Address to discharge this Order to Show Cause. Petitioner's response is due no later than **March 26, 2024.**

   **Petitioner is hereby cautioned that failing to comply with this Order to Show Cause will result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the Court's Local Rules.**

       **IT IS SO ORDERED**.