# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DEREK LEON MARCUS SMITH,<br><br>Petitioner,<br><br>v.<br><br>CAPTAIN FLORES,<br><br>Respondent. | Case No. 5:23-cv-02220-FWS-DTB<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: May 21, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE